**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Elizabeth LeTourneau,<br>1100 Wythe Street<br>Alexandria, VA 22313,<br><br>Plaintiff,<br><br>v.<br><br>Gateway Inn & Suites and<br>Jeanette Hudson-Gray, *in her official capacity as an employee of Gateway Inn & Suites*,<br>52 Theisen Street<br>Washington, DC 20032<br><br>Defendants. | Civil Action No.: ______________ |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Defendants, Gateway Inn & Suites and Jeanette Hudson-Gray, in her official capacity as an employee of Gateway Inn & Suites, by and through undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1346(b), 1441, 1442(a)(1), 1446, 2401(b), and 2671-80. In support of this Notice, the following facts are relied upon:

1. Defendants are in receipt of a Summons and Complaint in the case of *Elizabeth LeTourneau v. Gateway Inn & Suites, et al., 2012-CA-007461* in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"). Plaintiff's Complaint alleges unlawful eviction by Defendants. A copy of the Summons and Complaint are attached hereto as Exhibit A.

2. Defendant Gateway Inn & Suites is a Lodging Program that is administered and operated by the U.S. Navy. *See* OPNAV INSTRUCTION 5009.1, ¶3(b)(1). Defendant Gateway Inn & Suites is a Non-Appropriated Fund Instrumentality ("NAFI"), which "has the legal

status of an instrumentality of the United States." *See* DODI 1015.11, at E2.8. As such, it is a federal agency of the United States of America pursuant to 28 U.S.C. § 1442(a)(1) and covered under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80 ("FTCA"). The United States, therefore, is the proper Defendant in this case and should be substituted for Defendant Gateway Inn & Suites.

3. Plaintiff's claims are ones for which the District Court has original jurisdiction, because the suit is against the United States pursuant to the Federal Torts Claims Act and therefore removal is also authorized by 28 U.S.C. § 1441(a).

4. Defendant Jeanette Hudson-Gray is an officer or acting under an officer of the United States pursuant to 28 U.S.C. § 1442(a)(1).

5. On the basis of the Complaint and other available information, Daniel F. Van Horn, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Jeanette Hudson-Gray was a federal employee acting within the scope of her office or employment at the time of the allegations giving rise to the Complaint. (*See* Cert. of Daniel F. Van Horn, attached hereto as Exhibit B); 28 C.F.R. § 15.4. This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States of America should be substituted as the Defendant for Jeanette Hudson-Gray in this civil action. In addition, the certification means that this action "shall be removed" to District Court, pursuant to 28 U.S.C. § 2679(d)(2).

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1346(b), 1441, 1442(a)(1), 1446, 2401(b), and 2671-80.

October 1, 2012

Respectfully submitted,

RONALD C. MACHEN JR.
D.C. Bar # 447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN,
D.C. Bar #924092
Civil Chief

By: /s/ Sobia Haque
SOBIA HAQUE, D.C. BAR #483440
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E-4916
Washington, D.C. 20530
(202) 305-9927
Sobia.Haque2@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Elizabeth LeTourneau,<br>1100 Wythe Street<br>Alexandria, VA 22313,<br><br>Plaintiff,<br><br>v.<br><br>Gateway Inn & Suites and<br>Jeanette Hudson-Gray, *in her official capacity as an employee of Gateway Inn & Suites*,<br>52 Theisen Street<br>Washington, DC 20032<br><br>Defendants. | Civil Action No.: ______________ |

# EXHIBIT A

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ELIZABETH LETOURNEAU
Vs. C.A. No. 2012 CA 007461 B
GATEWAY INN & SUITES et al

**INITIAL ORDER AND ADDENDUM**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge TODD E EDELMAN
Date: September 14, 2012
Initial Conference: 9:30 am, Friday, December 14, 2012
Location: Courtroom A-49
515 5th Street NW
WASHINGTON, DC 20001

Caio.doc

**ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES**

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

# Superior Court of the District of Columbia
## CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH
SEP 14 2012
Superior Court
of the District of Columbia
Washington, D.C.

Elizabeth LeTourneau
1100 Wythe St Alexandria, VA 22313
Plaintiff

vs.

Gateway Inn & Suites
52 Thiesen St
WA DC 20032
Defendant

No. 0007461-12

## MOTION - (Pro-Se)

MOTION OF Elizabeth LeTourneau for TRO

(State briefly what you want the Court to do) Issue injunction Against termination of my residency. I have a right to reside in my housing as a military spouse & there IS space. DoD policies discriminate against protected groups

| | |
|---|---|
| Printed name: Elizabeth LeTourneau | Signature: [signature] |
| Address: 1100 Wythe St. Alexandria, VA 22313 | Home phone no. 360 402 6228 |
| | Business phone no. |

## CERTIFICATE OF SERVICE

On Sept 20 12 I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| | |
|---|---|
| Name: Jeanette Hudson-Gray | Name: Bolling Gateway Inn & Suites |
| Address: 52 Theisen St Bolling AFB DC 20032 | Address: |

Case: 2012 CA 007461 B
Dkt: CIVRTRO

[signature]
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The Court should grant this motion under Title 1, 11, 111, of the ADA. The Court should grant under the Constitution's right to protection from policies that discriminate & violate fed laws against discrimination

[signature]
Signature

Form CV-393/Dec. 00

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Washington, D.C. 20001**

Elizabeth Letourneau
*Plaintiff*

0007461-12

vs. Civil Action No. ______________

Gateway Inn & Suites
Jeanette Hudson-Gray
*Defendant*

# ORDER

Upon consideration of the motion TRO

filed by Elizabeth Letourneau

and after hearing argument on behalf of all parties concerned, it is, by the Court, this ______

day of ______________, 20 ____,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED ☐ DENIED

(2) That ______________________________________________

Copies to:

______________________
JUDGE

Form CV-545/Apr. 03

Superior Court of the District of Columbia
CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH
SEP 14 2012
Superior Court
of the District of Columbia
Washington, D.C.

Elizabeth LeTourneau
1100 Wythe St. Alexandria 22313
Plaintiff

vs.

Gateway Inn & Suites
Jeanette Hudson-Gray
52 theisen st.
WA DC 20032
Defendant

No. 0007461-12

MOTION - (Pro-Se)

MOTION OF Elizabeth LeTourneau for P.I.

(State briefly what you want the Court to do) Issue Injunction Against termination of my residency. I have a right to reside in my housing as a mil. spouse there Is space. DoD policies discriminate agains protected gro

| | |
|---|---|
| Printed name: Elizabeth LeTourneau | Signature: |
| Address: 1100 Wythe St. Alexandria, VA 22313 | Home phone no. 360 402 6228<br>Business phone no. |

CERTIFICATE OF SERVICE

On Sept 2012, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| | |
|---|---|
| Name: Jeanette Hudson-Gray | Name: Bolling Gateway Inn & Suites |
| Address: 52 theisen st. Bolling AFB DC 20032 | Address: |

Case: 2012 CA 007461 B
00046323966
Dkt: CIVMPI

Signature

POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The Court Should grant this motion under Title 1, II, III, of the ADA. The Court Should grant under the Constitution's right to protection from policies that discriminate & violate fed laws against discrimination.

Signature

Form CV-393/Dec 00

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Washington, D.C. 20001**

Elizabeth LeTourneau
*Plaintiff*

vs.

Gateway Inn & Suites
Jeanette Hudson-Gray
*Defendant*

Civil Action No. 0007461-12

# ORDER

Upon consideration of the motion P.I.

filed by Elizabeth C. LeTourneau

and after hearing argument on behalf of all parties concerned, it is, by the Court, this ______

day of ______________________, 20 ______,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED ☐ DENIED

(2) That ______________________________________________

Copies to:

______________________________
JUDGE

Form CV-545/Apr. 07

FILED
CIVIL ACTIONS BRANCH
SEP 1 4 2012
Superior Court
of the District of Columbia
Washington, D.C.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Elizabeth LeTourneau
1100 Wythe St Alexandria VA 22313
*Plaintiff*

*vs.*

CIVIL ACTION No. 0007461-12

Gateway Inn & Suites
Jeanette Hudson-Gray
52 theisen st,
WA DC 20032
*Defendants*

**COMPLAINT**

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

I am requesting an injunction issued by the court against unlawful eviction by the ~~Defendant~~. I am eligible ~~for~~ stay in residency. I am being discriminated and retaliated against in violation of ~~Federal~~ Law. I am filing a complaint for damages & to stop the evicti

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** 1500.00 **with interest and costs.**

360 402 6228
**Phone:**

**DISTRICT OF COLUMBIA, SS**

Elizabeth LeTourneau, **being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.**

**(Plaintiff Agent)**

**Subscribed and sworn to before me this** 14th **day of** Sept. **20**012

**(Notary Public/Deputy Clerk)**

FORM CV-1013/ Nov. 00

Case: 2012 CA 007461 B
00046323940
Dkt: CABCHEF

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Elizabeth LeTourneau
*Plaintiff(s)*

v.

Jeanette Hudson-Gray
Gateway Inn & Suites
*Defendant(s)*

Case No: 0007461-12

This form supplements Complaint / TRO and is being filed along with that document. (list title of pleading, motion, or other document)

(a) *If Executed Inside the United States:*

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 14 day of Sept, 2012
(date) (month) (year)

Elizabeth LeTourneau
*Printed Name*

*Signature*

WA DC
*City and State, or Other Location*

[redacted]
*Phone Number*

*See* D.C. CODE § 22-2402 (a)(3) (2010).

(b) *If Executed Outside the United States:*

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States. Executed on ____ day of __________, ______,
(date) (month) (year)

at ______________________________, ______________.
(city or other locations, and state) (country)

*Printed Name*

*Signature*

*Phone Number*

*See* D.C. CODE § 16-5306 (2010).

Note: This form may be attached to any document to be used in place of sworn written declarations, verifications, certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. *See* D.C. Code §§ 16-1501, 3902 (2001).

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Elizabeth LeTourneau
1100 Wythe St Alexandria 22313
Plaintiff

vs.

Gateway Inn & Suites
~~Jeanette Hudson Gray~~
52 Thiesen St,
WA DC 20032
Defendant

Case Number 0007461-12

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Elizabeth LeTourneau
Name of Plaintiff's Attorney

*Clerk of the Court*

1100 Wythe St.
Address Alexandria, VA 22313

By Adrienne J. Marsh
Deputy Clerk

360 401 6228
Telephone

Date 9/14/2012

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Elizabeth ~~LeTourneau~~
1100 Wythe St, Alexandria 22313
Plaintiff

vs.

Case Number 0007461-12

Jeanette Hudson-Gray
52 Friesen St
WA DC 20032
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Elizabeth LeTourneau
Name of Plaintiff's Attorney

*Clerk of the Court*

1100 Wythe St.
Address Alexandria, VA 22313

By Adrienne J. Marsh
Deputy Clerk

360 402 6228
Telephone

Date 9/14/2012

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

0007401-12

Elizabeth LeTourneau Case Number: ______

vs Date: Sept 14 2012

Jeanette Hudson-Gray ☒ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* Elizabeth Letourneau | Relationship to Lawsuit |
| Firm Name: N/A | ☐ Attorney for Plaintiff<br>☒ Self (Pro Se) |
| Telephone No.: 360 402 6228 Six digit Unified Bar No.: | ☐ Other: ______ |

TYPE OF CASE: ☐ Non-Jury ☐ 6 Person Jury ☐ 12 Person Jury
Demand: $ 3500 Other: ______

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: ______ Judge: ______ Calendar #: ______

Case No.: ______ Judge: ______ Calendar#: ______

NATURE OF SUIT: *(Check One Box Only)*

**A. CONTRACTS** **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 Special Education Fees
☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 13 Employment Discrimination
☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass
☐ 06 Traffic Adjudication

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud
☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)
☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☒ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/May 12

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE JUDGE IN CHAMBERS

TO: Gateway Inn & Suites CASE NO.: 2012 CA 7461

COPY

## NOTICE OF HEARING

You are hereby notified that there will be a hearing on Plaintiff's request for a Temporary Restraining Order (T.R.O.) against you, on 10/2/2012 (date), at 330 (time) ~~a.m.~~/p.m. at D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W., Room 4220, 4th floor.

If you wish to be heard, your presence is required.

WHITE - DEFENDANT CANARY - PLAINTIFF PINK - COURT FILE

FORM SO-2064/Jul. 98

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Elizabeth LeTourneau,<br>1100 Wythe Street<br>Alexandria, VA 22313,<br><br>Plaintiff,<br><br>v.<br><br>Gateway Inn & Suites and<br>Jeanette Hudson-Gray, *in her official capacity as an employee of Gateway Inn & Suites*,<br>52 Theisen Street<br>Washington, DC 20032<br><br>Defendants. | ) | Civil Action No.: ________________ |

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Elizabeth LeTourneau,<br>1100 Wythe Street<br>Alexandria, VA 22313,<br><br>Plaintiff,<br><br>v.<br><br>Gateway Inn & Suites and<br>Jeanette Hudson-Gray, *in her official capacity as an employee of Gateway Inn & Suites*,<br>52 Theisen Street<br>Washington, DC 20032<br><br>Defendants. | Civil Action No.: ______________<br><br>(D.C. Super. Ct. Civil<br>Action No. 2012 CA 007461 B) |

**CERTIFICATION**

I, Daniel F. Van Horn, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and redelegated to me on April 11, 2012, hereby certify that I have read the Complaint in the above-captioned matter, as well as Plaintiff's Motions for Preliminary Injunction and Temporary Restraining Order, and that on the basis of the information now available to me, I find that Defendant, Jeanette Hudson-Gray, was an employee of the Government and was acting within the scope of her employment for the Gateway Inn & Suites on Joint Base Anacostia Bolling at the time of the allegations stated in the Complaint and Plaintiff's Motions for Preliminary Injunction and Temporary Restraining Order.

Dated: September 28, 2012

Respectfully submitted,

Daniel F. Van Horn

Daniel F. Van Horn, D.C. BAR # 924092
Assistant United States Attorney
Chief, Civil Division

## CERTIFICATE OF SERVICE

I certify that I caused copies of the foregoing Notice of Removal of a Civil Action and Notice of Filing Notice of Removal of a Civil Action to be served by first class mail upon *pro se* Plaintiff at:

Elizabeth LeTourneau,
1100 Wythe Street
Alexandria, VA 22313

on this 1st day of October, 2012.

*/s/ Sobia Haque*
SOBIA HAQUE
Assistant United States Attorney