**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Elizabeth LeTourneau,
1100 Wythe Street
Alexandria, VA 22313,

Plaintiff,

v.

Gateway Inn & Suites and
Jeanette Hudson-Gray, *in her official capacity as an employee of Gateway Inn & Suites*,
52 Theisen Street
Washington, DC 20032

Defendants.

Civil Action No.: 2012 CA 007461 B

**NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION**

To: Elizabeth LeTourneau
1100 Wythe Street
Alexandria, VA 22313

PLEASE TAKE NOTE that on October 1, 2012, Defendants, Gateway Inn & Suites and Jeanette Hudson-Gray, filed with the Clerk of the United States District Court for the District of Columbia, a Notice of Removal of the above-captioned case, pursuant to 28 U.S.C. §§ 1346(b), 1441, 1442(a)(1), 1446, 2401(b), and 2671-80. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." *See* 28 U.S.C. § 1446(d). A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

RONALD C. MACHEN JR.
D.C. Bar # 447889

United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar #924092
Civil Chief

By: */s/ Sobia Haque*

SOBIA HAQUE, D.C. BAR #483440
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E-4916
Washington, D.C. 20530
(202) 305-9927
Sobia.Haque2@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Notice of Removal of a Civil Action and Notice of Filing Notice of Removal of a Civil Action to be served by first class mail upon *pro se* Plaintiff at:

Elizabeth LeTourneau,
1100 Wythe Street
Alexandria, VA 22313

on this 1st day of October, 2012.

*/s/ Sobia Haque*
SOBIA HAQUE
Assistant United States Attorney