**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Elizabeth LeTourneau,<br>1100 Wythe Street<br>Alexandria, VA 22313,<br><br>Plaintiff,<br><br>v.<br><br>Gateway Inn & Suites and<br>Jeanette Hudson-Gray, *in her official capacity as an employee of Gateway Inn & Suites*,<br>52 Theisen Street<br>Washington, DC 20032<br><br>Defendants. | Civil Action No. 12-01632 (RBW) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Sobia Haque, Special Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

Respectfully submitted,

*/s/ Sobia Haque*

SOBIA HAQUE
Special Assistant United States Attorney
555 Fourth Street, N.W.
Room E-4916
Washington, D.C. 20530
(202) 305-9927
Sobia.Haque2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon counsel for Plaintiff by first class mail addressed to:

Elizabeth LeTourneau,
1100 Wythe Street
Alexandria, VA 22313

on this 2nd day of October 2012.

*/s/ Sobia Haque*

SOBIA HAQUE
Special Assistant United States Attorney
555 Fourth Street, N.W.
Room E-4916
Washington, D.C. 20530
(202) 305-9927
Sobia.Haque2@usdoj.gov