SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

WASHINGTON, D.C. 20001-2131

RECEIVED
OCT - 4 2012
SUPERIOR COURT

Date: 10-03-2012

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

**In Re: Elizabeth Letourneau vs. Gateway Inn & Suites, et.al.**

**Civil Action Number: 12-CA-7461** 12cv1632 RBW

Dear Ms. Angela Caesar:

Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on October 1, 2012. This case consists of 1 volume(s). A certified copy of the docket entries is also enclosed.

Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Derrick Monroe, Branch Chief
Civil Actions Branch

By: [signature]