Filed
D.C. Superior Court
10/01/2012 16:52PM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| Elizabeth LeTourneau,<br>1100 Wythe Street<br>Alexandria, VA 22313,<br><br>Plaintiff,<br><br>v.<br><br>Gateway Inn & Suites and<br>Jeanette Hudson-Gray, *in her official capacity as an employee of Gateway Inn & Suites*,<br>52 Theisen Street<br>Washington, DC 20032<br><br>Defendants. | ) | Civil Action No.: 2012 CA 007461 B |

**NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION**

To: Elizabeth LeTourneau
1100 Wythe Street
Alexandria, VA 22313

PLEASE TAKE NOTE that on October 1, 2012, Defendants, Gateway Inn & Suites and Jeanette Hudson-Gray, filed with the Clerk of the United States District Court for the District of Columbia, a Notice of Removal of the above-captioned case, pursuant to 28 U.S.C. §§ 1346(b), 1441, 1442(a)(1), 1446, 2401(b), and 2671-80. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." *See* 28 U.S.C. § 1446(d). A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

RONALD C. MACHEN JR.
D.C. Bar # 447889

United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar #924092
Civil Chief

By: *_____/s/ Sobia Haque_____*
SOBIA HAQUE, D.C. BAR #483440
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E-4916
Washington, D.C. 20530
(202) 305-9927
Sobia.Haque2@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Notice of Removal of a Civil Action and Notice of Filing Notice of Removal of a Civil Action to be served by first class mail upon *pro se* Plaintiff at:

Elizabeth LeTourneau,
1100 Wythe Street
Alexandria, VA 22313

on this 1st day of October, 2012.

*/s/ Sobia Haque*
SOBIA HAQUE
Assistant United States Attorney

| Case Number | Status | Judge |
|---|---|---|
| 2012 CA 007461 B | Closed | EDELMAN, TODD E |

**In The Matter Of**

LETOURNEAU, ELIZABETH Vs. GATEWAY INN & SUITES et al

**Action**

Complaint for Wrongful Eviction Filed

| Party | | Attorneys |
|---|---|---|
| LETOURNEAU, ELIZABETH | PLNTF | PRO SE |
| GATEWAY INN & SUITES | DFNDT | HAQUE, SOBIA |
| HUDSON-GRAY, JEANETTE | DFNDT | HAQUE, SOBIA |

| Opened | Disposed | Case Type |
|---|---|---|
| 09/14/2012 | Removal-Notice of Removal To USDC | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 10/03/12 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Removal<br>Sent on: 10/03/2012 12:27:33.69 | 0.00 | 0.00 |
| 2 | 10/03/12 | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 12/14/2012 at 9:30 am has been resulted as follows:<br><br>Result: Event Cancelled<br>Judge: EDELMAN, TODD E Location: Courtroom A-49 | 0.00 | 0.00 |
| 3 | 10/03/12 | Event Resulted:<br>The following event: Hearing on Temporary Restraining Order scheduled for 10/12/2012 at 3:30 pm has been resulted as follows:<br><br>Result: Temporary Restraining Order Hearing Not Held<br>Judge: JUDGE-IN-CHAMBERS Location: Judge In Chambers, Room 4220<br><br>NOTICE OF REMOVAL WAS FILED ON 10/01/12 | 0.00 | 0.00 |
| 4 | 10/01/12 | Notice of Removal to USDC for the District of Columbia. 12-cv-1632 | 0.00 | 0.00 |
| 5 | 10/01/12 | Additional eFiling Document to Notice of Removal to USDC Filed. submitted 10/01/2012 16:52.rp<br>Attorney: HAQUE, SOBIA (483440)<br>GATEWAY INN & SUITES (Defendant); JEANETTE HUDSON-GRAY (Defendant); | 0.00 | 0.00 |

2012 CA 007461 B LETOURNEAU, ELIZABETH Vs. GATEWAY INN & SUITES et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 6 | 10/01/12 | Notice of Removal to USDC Filed. submitted 10/01/2012 16:52.rp<br>Attorney: HAQUE, SOBIA (483440)<br>GATEWAY INN & SUITES (Defendant); JEANETTE HUDSON-GRAY (Defendant); | 0.00 | 0.00 |
| 7 | 09/28/12 | Proof of Service<br>Method : Service Issued<br>Issued : 09/14/2012<br>Service : Summons Issued<br>Served : 09/17/2012<br>Return : 09/28/2012<br>On : HUDSON-GRAY, JEANETTE<br>Signed By :<br><br>Reason : Proof of Service<br>Comment :<br><br>Tracking #: 5000123560 | 0.00 | 0.00 |
| 8 | 09/28/12 | Affidavit of Service of Summons & Complaint on<br>JEANETTE HUDSON-GRAY (Defendant); | 0.00 | 0.00 |
| 9 | 09/25/12 | Notice of Hearing on Plaintiff's Request for Temporary Restraining Order given to Plaintiff to serve with the Complaint and Summons on: 09/25/12 | 0.00 | 0.00 |
| 10 | 09/25/12 | Event Scheduled<br>Event: Hearing on Temporary Restraining Order<br>Date: 10/12/2012 Time: 3:30 pm<br>Judge: JUDGE-IN-CHAMBERS Location:<br>Judge In Chambers, Room 4220 | 0.00 | 0.00 |
| 11 | 09/25/12 | Event Resulted:<br>The following event: Hearing on Temporary Restraining Order scheduled for 10/02/2012 at 3:30 pm has been resulted as follows:<br><br>Result: Motion Hearing Continued - 10/12/12 @3:30PM<br>Judge: JUDGE-IN-CHAMBERS Location:<br>Judge In Chambers, Room 4220<br><br>UPON REQUEST OF THE PLAINTIFF, THE ABOVE MATTER HAS BEEN CONTINUED | 0.00 | 0.00 |
| 12 | 09/17/12 | Event Scheduled<br>Event: Hearing on Temporary Restraining Order<br>Date: 10/02/2012 Time: 3:30 pm<br>Judge: JUDGE-IN-CHAMBERS Location:<br>Judge In Chambers, Room 4220 | 0.00 | 0.00 |

2012 CA 007461 B LETOURNEAU, ELIZABETH Vs. GATEWAY INN & SUITES et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 13 | 09/17/12 | Notice of Hearing on Plaintiff's Request for Temporary Restraining Order given to Plaintiff to serve with the Complaint and Summons on: 09/17/2012 | 0.00 | 0.00 |
| 14 | 09/17/12 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II this date: 9/17/12. MLL.<br>GATEWAY INN & SUITES (Defendant); | 0.00 | 0.00 |
| 15 | 09/17/12 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II this date: 9/17/12. MLL.<br>JEANETTE HUDSON-GRAY (Defendant); | 0.00 | 0.00 |
| 16 | 09/17/12 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) by the Clerk Pursuant to SCR 54-II this date: 9/17/12. MLL.<br>ELIZABETH LETOURNEAU (PLAINTIFF); | 0.00 | 0.00 |
| 17 | 09/14/12 | Issue Date: 09/14/2012<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>GATEWAY INN & SUITES<br>52 Theisen St.<br>WASHINGTON, DC 20032<br>Tracking No: 5000123559<br><br>HUDSON-GRAY, JEANETTE<br>52 Theisen St.<br>WASHINGTON, DC 20032<br>Tracking No: 5000123560 | 0.00 | 0.00 |
| 18 | 09/14/12 | Order Granting Motion to Proceed In Forma Pauperis Entered on the Docket. Signed by Judge in Chambers on 9/14/2012. | 0.00 | 0.00 |
| 19 | 09/14/12 | Motion to Proceed In Forma Pauperis Filed<br>Attorney: PRO SE (999999)<br>ELIZABETH LETOURNEAU (PLAINTIFF); | 0.00 | 0.00 |
| 20 | 09/14/12 | Motion for Preliminary Injunction Filed<br>Attorney: PRO SE (999999)<br>ELIZABETH LETOURNEAU (PLAINTIFF); | 20.00 | 0.00 |
| | | | 20.00 | |

2012 CA 007461 B LETOURNEAU, ELIZABETH Vs. GATEWAY INN & SUITES et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 21 | 09/14/12 | Motion for Temporary Restraining Order Filed<br>Attorney: PRO SE (999999)<br>ELIZABETH LETOURNEAU (PLAINTIFF); | 20.00<br><br>20.00 | 0.00 |
| 22 | 09/14/12 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 12/14/2012 Time: 9:30 am<br>Judge: EDELMAN, TODD E Location:<br>Courtroom A-49 | 0.00 | 0.00 |
| 23 | 09/14/12 | Complaint for Wrongful Eviction Filed<br>Attorney: PRO SE (999999)<br>ELIZABETH LETOURNEAU (PLAINTIFF); | 120.00<br><br>120.00 | 0.00 |

| | | | |
|---|---|---|---|
| Totals By: | Cost | 160.00 | 0.00 |
| | Information | 0.00 | 0.00 |

*** End of Report ***

A TRUE COPY
TEST: 10/3/12
Clerk, Superior Court of
the District of Columbia
By V. Wright
Deputy Clerk

**SCHEDULE NOTICE**

DATE: 9/14/12

NAME OF CASE: LeTourneau vs. Gateway Inn & Suites

[X] FEE WAIVER [X] SCHEDULING HEARING

**NATURE OF THE COMPLAINT**

HOUSING CODE VIOLATIONS: DATE OF INCIDENT: ______

[ ] NO HOT WATER [ ] NO WATER [ ] WATER DAMAGE [ ] NO ELECTRIC [ ] NO HEAT
[ ] NO STOVE [ ] NO REFRIGERATOR [ ] NO GAS [ ] NO TOILET [ ] BROKEN WINDOW(S)
[ ] NO AIR CONDITIONER [ ] BASEMENT FLOODED [ ] MICE [ ] ROACHES [ ] BED BUGS
[ ] OTHER ______

[ ] FORECLOSURER DATE OF FORECLOSURER: ______
[ ] HAS FORECLOSURER ALREADY OCCURRED [ ] YES [ ] NO
[ ] COPY OF FORECLOSURER DOCUMENTS ATTACHED [ ] YES [ ] NO

[ ] SELF-HELP EVICTION/LOCK OUT DATE OF INCIDENT: ______
[ ] IS THERE A LEASE [ ] YES [ ] NO

TRO HEARING(S): DATE OF INCIDENT(S): ______

[ ] HARRASSMENT [ ] THREATS [ ] ASSAULT [ ] STALKING [ ] PHYSICAL ABUSE
[ ] VERBAL ABUSE [ ] CONSTANT TELEPHONE CALLING [ ] NAME SLANDERING [ ] PICTURE TAKING
[ ] ENCROACHMENT OF PROPERTY [ ] BUSINESS RELATED [ ] EMBEZZLEMENT OF MONEY
[ ] CONSTANT E-MAILING [ ] CONSTANT TEXTING [X] OTHER: received a letter of intention to evict on Sunday 9/16/12

Tenant was evicted on 9/11/2012

RELATIONSHIP TO PLAINTIFF:

[X] LANDLORD [ ] NEIGHBOR [ ] FRIEND OF THE FAMILY [ ] CO-WORKER [ ] CO-STUDENT
[ ] RELATIVE ______ [ ] FORMER BUSINESS PARTNER
[ ] FRIEND [ ] FORMER EMPLOYEE [X] OTHER Military Housing

[ ] WAS THE POLICE CALLED [ ] YES [ ] NO ANY ARRESTS [ ] YES [ ] NO WHEN ______
[ ] WHO WAS ARRESTED: ______
[ ] CHECK THE COMPUTER FOR A STAY AWAY ORDER AND PROVIDE A COPY TO THE FILING PARTY, IF APPLICABLE. INCLUDE A COURESTY COPY FOR THE COURT.
[ ] CHECK THE COMPUTER FOR CROSS-RELATED CASE(S) ______
[ ] PENDING HEARING ON CROSS-RELATED CASE(S) ______

HEARING TO BE SCHEDULED WITHIN: [ ] 24 HOURS [ ] 48 HOURS [ ] ______ DAYS
[ ] FIRST AVAILABE DATE [ ] OTHER: ______

Later Hearing Date scheduled at Request of Plaintiff 9/14/12

JUDGE'S INITIAL: ______ CLERK'S INITIAL: EG

MONDAY

FILED
CIVIL ACTIONS BRANCH
SEP 28 2012
Superior Court
of the District of Columbia
Washington, D.C.

# AFFIDAVIT OF PROCESS SERVER

**Superior Court of the District of Columbia**
**Civil Division**

**Elizabeth LeTourneau**

Plaintiff(s),

vs.

**Gateway Inn & Suites and Jeanette Hudson–Gray**

Defendant(s).

Attorney: NONE

Elizabeth LeTourneau
1100 Wythe St.
Alexandria VA 22313

***61669***

**Case Number: 2012CA7461**

Legal documents received by Same Day Process Service, Inc. on **09/17/2012 at 2:38 PM** to be served upon **Jeanette Hudson–Gray at Bolling Gateway Inn & Suites, Bolling AFB – 52 Thiesen St., Washington, DC 20032**

I, **Daniel Williams**, swear and affirm that on **September 17, 2012 at 3:49 PM**, I did the following:

**Personally** Served **Jeanette Hudson–Gray** the person listed as the intended recipient of the legal document with this **Notice of Hearing – TRO; Initial Order and Addendum; Summons; ComplaintMotion – Pro Se (TRO); Order; Motion – Pro Se (PI); Order; at Bolling Gateway Inn & Suites, Bolling AFB – 52 Thiesen St., Washington, DC 20032.**

**Description of Person Accepting Service:**
Sex: Female Age: 47 Height: 5"4"–5"8" Weight: 161–200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter

Daniel Williams
Process Server

**Same Day Process Service, Inc.**
**1219 11th St., NW**
**Washington DC 20001**

**(202)–398–4200**

Internal Job ID:61669

District of Columbia: SS
Subscribed and Sworn to before me
this 27 day of September, 2012

Kelsha O. Brothers, Notary Public, D.C.
My commission expires February 14, 2016

KEISHA O. BROTHERS NOTARY PUBLIC DISTRICT OF COLUMBIA MY COMMISSION EXPIRES 2/14/2016

Case: 2012 CA 007461 B
00046464028
DKT: CIVRSSC

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
OFFICE OF THE JUDGE IN CHAMBERS

TO: GATEWAY INN + SUITES CASE NO.: 2012 CA 7461

**NOTICE**

You are hereby notified that there will be a "status hearing" on Plaintiff's request for a Preliminary Injunction against you, on

____________________, at ________________ a.m./p.m. at D.C. SUPERIOR
*(date)* *(time)*

COURT, 500 Indiana Avenue, N.W., on Civil Calendar # __________.

Please check-in with the CIVIL ASSIGNMENT OFFICE, Room JM-130, John Marshall level, for Courtroom location.

---

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
OFFICE OF THE JUDGE IN CHAMBERS

TO: GATEWAY INN + SUITES CASE NO.: 2012 CA 7461

**NOTICE OF HEARING**

You are hereby notified that there will be a hearing on Plaintiff's request for a Temporary Restraining Order (T.R.O.) against you, on

10/12/12, at 3:30 ~~a.m.~~/p.m. at
*(date)* *(time)*

D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W., Room 4220, 4th floor.

If you wish to be heard, your presence is required.

WHITE - DEFENDANT CANARY - PLAINTIFF PINK - COURT FILE

FORM SO-2064/Feb. 11

Case: 2012 CA 007461 B
00464180012
Dkt: CIVNATRO

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
OFFICE OF THE JUDGE IN CHAMBERS

TO: Gateway Inn + Suites CASE NO.: 2012 CA 7461

**NOTICE**

You are hereby notified that there will be a "status hearing" on Plaintiff's request for a Preliminary Injunction against you, on

____________________ (*date*), at ________________ (*time*) a.m./p.m. at D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W., on Civil Calendar # __________.

Please check-in with the CIVIL ASSIGNMENT OFFICE, Room JM-130, John Marshall level, for Courtroom location.

---

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
OFFICE OF THE JUDGE IN CHAMBERS

TO: Gateway Inn + Suites CASE NO.: 2012 CA 7461

**NOTICE OF HEARING**

You are hereby notified that there will be a hearing on Plaintiff's request for a Temporary Restraining Order (T.R.O.) against you, on

10/2/2012 (*date*), at 330 (*time*) ~~a.m.~~/p.m. at

D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W., Room 4220, 4th floor.

If you wish to be heard, your presence is required.

WHITE - DEFENDANT CANARY - PLAINTIFF PIN

Case: 2012 CA 007461 B
00046335672
Dkt: CIVNHTRO

FORM SO-2064/Jul 98

Form CA 1-A: Notice and Acknowledgment for Service by Mail

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Elizabeth Letourneau
*Plaintiff(s)*

v.

Case No: 12 CA 7461

Gateway Inn & Suites
*Defendant(s)*

**NOTICE**

To (insert name and address of the party to be served):
Gateway Inn & Suites
52 Theisen St
Washington, DC 20032

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 9/14/12

[signature] — *Signature*

9/14/12 — *Date of Signature*

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER**

I (print name) ______________________ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): ______________________

*Signature*

*Relationship to Defendant/Authority to Receive Service*

*Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
如需翻译,请打电话 (202) 879-4828
Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828
[illegible] (202) 879-4828 [illegible]
번역을 원하시면, (202) 879-4828 로 전화주십시오

Case: 2012 CA 007461 B
00046329581
Dkt: CIVS54II

Form CA 1-A: Notice and Acknowledgment for Service by Mail

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Elizabeth Letourneau
*Plaintiff(s)*

v. Case No: 12CA 7461

Jeanette Hudson-Gray
*Defendant(s)*

**NOTICE**

To (insert name and address of the party to be served):
Jeanette Hudson-Gray
52 Thiesen St
Washington, DC 20032

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 9/14/12

[signature] 9/14/12
*Signature* *Date of Signature*

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER**

I (print name) ______________ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): ______________

______________ ______________ ______________
*Signature* *Relationship to Defendant/Authority to Receive Service* *Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828
如需翻译,请打电话 (202) 879-4828
[illegible] (202) 879-4828 [illegible]
Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시요

Case: 2012 CA 007461 B
00046329575
Oft: CIV554II

Form CA 1-A Notice and Acknowledgment for Service by Mail

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Elizabeth Letourneau
*Plaintiff(s)*

v

Case No: 12 CA 7461

Gateway Inn & Suites
Jeanette Hudson-Gray *Defendant(s)*

**NOTICE**

To (insert name and address of the party to be served):
Elizabeth Letourneau
1100 Wythe St.
Alexandria, VA 22313

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 9/14/12

[signature]
*Signature*

9/14/12
*Date of Signature*

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER**

I (print name) ____________________ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): ____________________

*Signature* | *Relationship to Defendant/Authority to Receive Service* | *Date of Signature*

Para pedir una traduccion, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828
如需翻译,请打电话 (202) 879-4828
የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ
Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시요

Case: 2012 CA 007461 B
00046329569
DKT: CIVS54II

Filed
D.C. Superior Court
10/01/2012 16:52PM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| Elizabeth LeTourneau,<br>1100 Wythe Street<br>Alexandria, VA 22313,<br><br>Plaintiff,<br><br>v.<br><br>Gateway Inn & Suites and<br>Jeanette Hudson-Gray, *in her official capacity as an employee of Gateway Inn & Suites*,<br>52 Theisen Street<br>Washington, DC 20032<br><br>Defendants. | ) | Civil Action No.: 2012 CA 007461 B |

**NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION**

To: Elizabeth LeTourneau
1100 Wythe Street
Alexandria, VA 22313

PLEASE TAKE NOTE that on October 1, 2012, Defendants, Gateway Inn & Suites and Jeanette Hudson-Gray, filed with the Clerk of the United States District Court for the District of Columbia, a Notice of Removal of the above-captioned case, pursuant to 28 U.S.C. §§ 1346(b), 1441, 1442(a)(1), 1446, 2401(b), and 2671-80. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." *See* 28 U.S.C. § 1446(d). A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

RONALD C. MACHEN JR.
D.C. Bar # 447889

United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar #924092
Civil Chief

By: _____*/s/ Sobia Haque*_____
SOBIA HAQUE, D.C. BAR #483440
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E-4916
Washington, D.C. 20530
(202) 305-9927
Sobia.Haque2@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Notice of Removal of a Civil Action and Notice of Filing Notice of Removal of a Civil Action to be served by first class mail upon *pro se* Plaintiff at:

Elizabeth LeTourneau,
1100 Wythe Street
Alexandria, VA 22313

on this 1st day of October, 2012.

*/s/ Sobia Haque*
SOBIA HAQUE
Assistant United States Attorney

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
OFFICE OF THE JUDGE IN CHAMBERS

TO: [illegible] CASE NO.: 2012 CA 7461

**NOTICE**

You are hereby notified that there will be a "status hearing" on Plaintiff's request for a Preliminary Injunction against you, on

____________________, at ________________ a.m./p.m. at D.C. SUPERIOR
*(date)* *(time)*

COURT, 500 Indiana Avenue, N.W., on Civil Calendar # __________.

Please check-in with the CIVIL ASSIGNMENT OFFICE, Room JM-130, John Marshall level, for Courtroom location.

---

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
OFFICE OF THE JUDGE IN CHAMBERS

TO: ____________________________ CASE NO.: __________________

**NOTICE OF HEARING**

You are hereby notified that there will be a hearing on Plaintiff's request for a Temporary Restraining Order (T.R.O.) against you, on

______________________, at ________________________ a.m./p.m. at
*(date)* *(time)*

D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W., Room 4220, 4th floor.

If you wish to be heard, your presence is required.

WHITE - DEFENDANT CANARY - PLAINTIFF PIN

Case: 2012 CA 007461 B
00046335672
DKT: CIVNHTRO

FORM SO-2064/Jul 98

FILED
CIVIL ACTIONS BRANCH
SEP 14 2012
Superior Court
of the District of Columbia
Washington, D.C.

CIVIL DIVISION

Elizabeth LeTourneau
1100 Wythe St. Alexandria, VA 22313
*Plaintiff*

vs.

Gateway Inn & Suites
52 Thiesen St
WA DC 20032
*Defendant*

No. 0007461-12

## MOTION (Pro-Se)

MOTION OF X Elizabeth LeTourneau for TRO

(State briefly what you want the Court to do) Issue injunction against termination of my residency. I have a right to reside in my housing as a military spouse & thru T.S space. DoD policies discriminate against protected groups

Printed name: Elizabeth LeTourneau

Signature:

Address: 1100 Wythe St. Alexandria, VA 22313

Home phone no. 360 462 6228

Business phone no.

## CERTIFICATE OF SERVICE

On Sept , 12, [illegible]

Name: Jeanette Hudson-Gray → Bolling Gateway Inn & Suites

Name:

Address: 52 Theisen St Bolling AFB DC 20032

Address:

Case: 2012 CA 007461 B
00046323950
Dkt: CIVMTRO

Signature

COMPLETED

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion. Include Court rules, laws and cases, if any, that support your reasons.)

The Court should grant this motion under Title I, II, III, of the ADA. The Court should grant under the Constitution's right to protection from policies that discriminate & violate fed laws against discrimination

Signature

Form CV-393/Dec 00

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Washington, D.C. 20001**

Elizabeth Letourneau
*Plaintiff*

0007461-12

vs. Civil Action No. ______

Gateway Inn & Suites
Jeanette Hudson-Gray
*Defendant*

# ORDER

Upon consideration of the motion TRO

filed by Elizabeth Letourneau

and after hearing argument on behalf of all parties concerned, it is, by the Court, this ______

day of ______, 20 ______,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED ☐ DENIED

(2) That ______

Copies to:

______
JUDGE

FILED
CIVIL ACTIONS BRANCH
SEP 1 4 2012
Superior Court
of the District of Columbia
Washington, D.C.

Elizabeth Letourneau
1100 Wythe St. Alexandria 22313
Plaintiff

vs.

Gateway Inn & Suites
Defendant
Jeanette Hudson-Gray
52 theisen st.
WA DC 20032

No. 0007461-12

## MOTION - (Pro-Se)

MOTION OF Elizabeth Letourneau for P. I.

(State briefly what you want the Court to do) Issue Injunction Against termination of my residency. I have a right to reside in my housing as a mil. spouse there Is space. DoD policies discriminate against protected grp

Printed name Elizabeth Letourneau

Signature

Address: 1100 Wythe St. Alexandria, VA 22313

Home phone no 360 4026228

Business phone no

## CERTIFICATE OF SERVICE

On Sept 2012 I mailed this motion to all the lawyers or the parties (plaintiffs and defendants) who do not have lawyers listed below.

Name: Jeanette Hudson-Gray

Address: 52 theisen st. Bolling AFB DC 20032

Name: Bolling Gateway Inn & Suites

Address:

Case: 2012 CA 007461 B
00046323966
Dkt: CIVMPI

Signature

## POINTS AND AUTHORITIES COMPLETED

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The Court should grant this motion under Title I, II, III, of the ADA, The Court Should grant under the Constitutional right to protection from policies that discriminate & violate fed laws against discrimination

Signature

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Washington, D.C. 20001**

Elizabeth LeTourneau
*Plaintiff*

0007461-12

vs. Civil Action No. ____________

Gateway Inn & Suites
Jeannette Hudson-Gray
*Defendant*

# ORDER

Upon consideration of the motion P-I

filed by Elizabeth C LeTourneau

and after hearing argument on behalf of all parties concerned, it is, by the Court, this ____________

day of ____________________________, 20 ______,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED ☐ DENIED

(2) That ____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

Copies to:

____________________________
JUDGE

Form CV-545/Apr 03

FILED
CIVIL ACTIONS BRANCH
SEP 14 2012
Superior Court
of the District of Columbia
Washington, D.C.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Elizabeth Letourneau
1100 Wythe St Alexandria VA 22313
*Plaintiff*

*vs.*

CIVIL ACTION No. 0007461-12

Gateway Inn & Suites
Jeanette Hudson-Gray
52 Theisen St.
WA DC 20032
*Defendants*

## COMPLAINT

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

I am requesting an injunction issued by the court against unlawful eviction by the Defendant I am eligible to stay in residency. I am being discriminated and retaliated against in violation of Federal Law. I am filing a Complaint for damages & to stop the eviction

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** 2500.00 **with interest and costs.**

360 402 6228
**Phone:**

**DISTRICT OF COLUMBIA, SS**

Elizabeth Letourneau, **being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.**

**(Plaintiff Agent)**

**Subscribed and sworn to before me this** 14th **day of** Sept. **20**12.

**(Notary Public/Deputy Clerk)**

FORM CV-1013/ Nov. 00

Case: 2012 CA 007461 B
COMPLETED
00046323940
Dkt: CABCWEF

Form CA 101-A Unsworn Declaration Supplement

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Elizabeth LeTourneau

*Plaintiff(s)*

v.

Jeannette Hudson-Gray
Gateway Inn & Suites

*Defendant(s)*

Case No: 0007461-12

This form supplements Complaint / TRO (list title of pleading, motion, or other document) and is being filed along with that document.

(a) *If Executed Inside the United States:*

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on 14 (date) day of Sept (month), 2012 (year)

Elizabeth LeTourneau
*Printed Name*

[illegible]
*Signature*

WA DC
*City and State, or Other Location*

[redacted]
*Phone Number*

*See* D.C. CODE § 22-2402 (a)(3) (2010).

(b) *If Executed Outside the United States:*

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States. Executed on ____ (date) day of __________ (month), ______ (year),

at __________________________ (city or other locations, and state), ______________ (country).

______________________
*Printed Name*

______________________
*Signature*

______________________
*Phone Number*

*See* D.C. CODE § 16-5306 (2010).

**Note:** This form may be attached to any document to be used in place of sworn written declarations, verifications, certificates, statements, oaths, or affidavits unless otherwise provided by law, for example, this form may not be used to supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. *See* D.C. Code §§ 16-1501, 3302 (2001).

# Superior Court of the District of Columbia
## CIVIL DIVISION

**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Elizabeth LeTourneau
1100 Wythe St Alexandria 22313
Plaintiff

vs.

Case Number 0007461-12

Gateway Inn & Suites
~~Jeanette Hudson Gray~~
52 Theeson St,
WA DC 20032
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Elizabeth LeTourneau
Name of Plaintiff's Attorney

*Clerk of the Court*

1100 Wythe St.
Address
Alexandria, VA 22313

By Adrienne J. Marsh
Deputy Clerk

360 401 6228
Telephone

Date 9/14/2012

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Elizabeth ~~Letourneau~~
1100 Wythe St. Alexandria 22313
Plaintiff

vs.

Case Number 0007461-12

Jeanette Hudson-Gray
52 thiesen St
WA DC 20032
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Elizabeth LeTourneau
Name of Plaintiff's Attorney

*Clerk of the Court*

1100 Wythe St.
Address
Alexandria, VA 22313
360 402 6228
Telephone

By Adrienne J. Marsh
Deputy Clerk

Date 9/14/2012

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH 0007461-12

INFORMATION SHEET

Elizabeth LeTourneau Case Number: ______

vs Date: Sept 14 2012

Jeanette Hudson-Gray [X] One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Elizabeth Letourneau | Relationship to Lawsuit |
|---|---|
| Firm Name: N/A | ☐ Attorney for Plaintiff<br>☒ Self (Pro Se)<br>☐ Other: ______ |
| Telephone No.: 360 402 6228 Six digit Unified Bar No.: | |

TYPE OF CASE: ☐ Non-Jury ☐ 6 Person Jury ☐ 12 Person Jury

Demand: $ 2500 Other: ______

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: ______ Judge: ______ Calendar #: ______

Case No.: ______ Judge: ______ Calendar#: ______

NATURE OF SUIT: *(Check One Box Only)*

**A. CONTRACTS** **COLLECTION CASES**

☐ 01 Breach of Contract ☐ 07 Personal Property ☐ 14 Under $25,000 Pltf Grants Consent
☐ 02 Breach of Warranty ☐ 09 Real Property-Real Estate ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument ☐ 12 Specific Performance ☐ 17 OVER $25,000
☐ 15 Special Education Fees ☐ 13 Employment Discrimination

**B. PROPERTY TORTS**

☐ 01 Automobile ☐ 03 Destruction of Private Property ☐ 05 Trespass
☐ 02 Conversion ☐ 04 Property Damage ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process ☐ 09 Harassment ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection ☐ 10 Invasion of Privacy ☐ 18 Wrongful Death (Not Malpractice)
☐ 03 Assault and Battery ☐ 11 Libel and Slander ☒ 19 Wrongful Eviction
☐ 04 Automobile- Personal Injury ☐ 12 Malicious Interference ☐ 20 Friendly Suit
☐ 05 Deceit (Misrepresentation) ☐ 13 Malicious Prosecution ☐ 21 Asbestos
☐ 06 False Accusation ☐ 14 Malpractice Legal ☐ 22 Toxic/Mass Torts
☐ 07 False Arrest ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 23 Tobacco
☐ 08 Fraud ☐ 16 Negligence- (Not Automobile, Not Malpractice) ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

FILED
CIVIL ACTIONS BRANCH
SEP 14 2012
Superior Court
of the District of Columbia
Washington, D.C.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
FAMILY COURT and CIVIL DIVISION

Elizabeth LeTourneau
Plaintiff/Petitioner

v. Gateway Inn & Suites
Jeanette Hudson-Gray
Defendant/Respondent

Case No.________________

**ORDER**

Having considered ☒ Plaintiff/Petitioner's ☐ Defendant/Respondent's Application to Proceed without Prepayment of Costs, Fees, or Security, it is hereby ordered that the Application is:

☐ **GRANTED** in this Family Court case and, pursuant to Domestic Relations Rule 54-II, witnesses will be subpoenaed without prepayment of witness fees;

☒ **GRANTED** in this Civil Division case and, pursuant to Civil Rule 54-II, the officers of the Court will issue and serve all process; witnesses will be subpoenaed without prepayment of witness fees;

☐ **DENIED**

☐ For the following reasons: ________________________________

☐ For the reasons stated on the record in open court and in the presence of the applicant or his or her counsel;

9-14-12
Date

[signature]
Judge



Case: 2012 CA 007461 B
00046323985
Dkt: CIVOGRIFP

Form 106A
FILED
CIVIL ACTIONS BRANCH
SEP 14 2012
Superior Court
of the District of Columbia
Washington, D.C.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
FAMILY COURT and CIVIL DIVISION

Elizabeth LeTourneau
Plaintiff/Petitioner

v. Gateway Inn & Suites
Jeanette Hudson-Gray
Defendant/Respondent

Case no: 0007461-12

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY (*In Forma Pauperis*)**
**Form 106A**

I, Elizabeth LeTourneau am the (check one)
☑ Plaintiff/Petitioner ☐ Defendant/Respondent

I need an interpreter for this case. I speak the following language: ________________ [Insert Language].

I respectfully ask permission to proceed in this case without pre-paying costs or fees and without giving security for them because I am not able to do so without substantial hardship to myself or to my family. In support of this request, I state the following:

Check and answer only those that apply.

**INCOME**

1. I receive the following public benefits, and the law presumes that I am eligible to proceed without prepayment of costs, fees, or security (see D.C. Code § 15-712):

- ☐ Temporary Assistance for Needy Families (TANF)
- ☐ General Assistance for Children (GAC)
- ☐ Program on Work, Employment and Responsibility (POWER)
- ☑ Supplemental Security Income (SSI)

COMPLETED

Case: 2012 CA 007461 B
00046323974
Dkt: CIVMIFP

2. Even though I do not receive the above public benefits, I receive the following similar benefits and, therefore, request that my Application be approved:

- ☐ Interim Disability Assistance (IDA) because my SSI application has not been approved/certified
- ☐ Medicaid
- ☐ DC Healthcare Alliance or the following similar health benefits (describe)______________________________.

If you checked any of the above boxes, you do not need to answer any more questions and may skip to the section called "Declaration." Otherwise, you must answer the rest of the questions on this form. If additional information is required, you will be notified.

3. My total income over the past 12 months from all sources (including, but not limited to, my job, other wages or business income, rental income, pensions, annuities or life insurance payments, worker's compensation, unemployment compensation or insurance, annual interest or dividends, gifts, alimony or spousal support, inheritance or trust income) is $14,000.

4. I am presently unemployed. The last date I worked was on N/A
____________, ________.
Month Year

## DEPENDENTS

5. How many people live in your household and depend on you for support: 1. Of these people, how many are minor children ~~or~~ Disabled elderly? ________.

## ASSETS

6. I state the following about my property:

I have $ 0 in cash, including money in savings or checking accounts.

I own the vehicles, personal home, other real estate, stock, bonds, or other valuable property, besides household furnishings and clothing, listed below:

N/A

List the Property

## EXPENSES

7. This is my best estimate of the monthly expenses for myself and the people in my household who depend on me for support:

Housing (rent, mortgage, taxes, & insurance): $ 1200.00
Public Transportation and Gasoline: $ 200
Automobile Loan, Insurance, Maintenance: $
Health (medical, dental, vision, prescriptions, insurance): $
Food and other Household Necessities: $ 200
Utilities (including gas, electric, water, phone, internet): $
Clothing: $
Child Support: $
Childcare (including diapers, daycare): $
Other (explain in detail): $ 200 phone, misc.
**Total Estimated Monthly Expenses**: $ 1800.00

## OTHER SPECIAL CIRCUMSTANCES

☐ 8. (Optional) Explain any other special circumstances that you want to have considered in support of your request, including any large monthly expenses, debts, wage or bank account garnishments, and/or judgments.

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________.

## DECLARATION

**REQUIRED**: I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.[1]

Signature

1100 Wythe St.

Address Alexandria, VA 22313

360 402 6228

Phone Number

Sept. 14 2012

Date

## POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY

1. D.C. Code § 15-712.
2. D.C. Code § 22-2405.
3. Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4. *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331 (1948).
5. *Harris v. Harris*, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), *cert. denied,* 400 U.S. 826 (1970) ("*in forma pauperis* relief not limited to those who are public charges or absolutely destitute").
6. *Green v. Green*, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7. *Herbin v. Hoeffel*, 727 A.2d 883, 887 (D.C. 1999) (court officers serve process in *in forma pauperis* cases).
8. *Cabillo v. Cabillo*, 317 A.2d 866, 866 (D.C. 1974) (per curiam) (reversing denial of *in forma pauperis* status and mandating granting of petition where litigant's income "only slightly above the welfare standard").

[1] When you come to court, you may be asked questions about this Application. If your responses are not truthful, you could face additional criminal penalties.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ELIZABETH LETOURNEAU
Vs. C.A. No. 2012 CA 007461 B
GATEWAY INN & SUITES et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge TODD E EDELMAN
Date: September 14, 2012
Initial Conference: 9:30 am, Friday, December 14, 2012
Location: Courtroom A-49
515 5th Street NW
WASHINGTON, DC 20001

# ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield