**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIZABETH LETOURNEAU,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY INNS & SUITES AND UNITED STATES<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 12-1632 (RBW) |

## DEFENDANTS' MOTION TO DISMISS

Defendants, Gateway Inns & Suites and the United States[1] by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), hereby move to dismiss the above-captioned civil action on the grounds that the Court lacks subject-matter jurisdiction and that the complaint fails to state a claim upon which relief can be granted. The grounds for this Motion are more particularly described in the accompanying Memorandum of Points and Authorities. That Memorandum also constitutes Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction.

*Pro se* plaintiff is advised that if she fails to respond to Defendants' Motion to Dismiss, the Court may grant the Motion and dismiss this case because of the failure to respond. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).

---

[1] Pursuant to 28 U.S.C. § 2679(d)(1), Defendant United States has been substituted for Jeanette Hudson-Gray, one of the named Defendants in Plaintiff's Complaint, since she has been certified pursuant to 28 U.S.C. § 2679(d)(2) as being a federal employee acting within the scope of her office or employment at the time of the allegations giving rise to the Complaint. *See* Notice of Removal of a Civil Action, Exh. B (ECF No.1).

Respectfully submitted,

RONALD C. MACHEN Jr., D.C. Bar No. 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Sobia Haque*
SOBIA HAQUE, D.C. BAR #483440
Special Assistant United States Attorney
555 4th Street, N.W., Rm. E-4916
Washington, D.C. 20530
Tel: (202) 305-9927 Fax: (202) 514-8780
sobia.haque2@usdoj.gov