UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH LETOURNEAU, )
)
Plaintiff )
)
v. ) CIVIL ACTION NO. 12-01632
)
)
NAVY GATEWAY INNS & SUITES )
AND JEANETTE HUDSON-GRAY, )
)
Defendants )
______________________________)

## AFFIDAVIT OF JEANETTE HUDSON-GRAY

1. I am Jeanette Hudson-Gray, the manager of the Gateway Inns & Suites ("GIS") at Joint Base Anacostia-Bolling ("JBAB") in Washington, DC.

2. I am a civilian Department of Defense employee and have been the manager of the GIS since 2005.

3. As the manager of the GIS at JBAB I am responsible for the day-to-day operations of the facility.

4. Elizabeth Letourneau checked in on June 29, 2012 under the name CPL Micah Lavigne.

5. Our records indicate this is the first time Ms. Letourneau has stayed at the JBAB GIS.

6. At the time she checked in, Ms. Letourneau did not provide any information about the expected length of her stay because she said she was conducting official business of an indeterminate length. However, our records indicate her initial reservation was until July 5, 2012.

7. I did not personally check-in Ms. Letourneau, but my staff members that did said she claimed she was on official travel orders for business at the Pentagon. In accordance with GIS policy, Ms. Letourneau was asked for a copy of the travel orders. Ms. Letourneau did not have the orders at that time, but stated she would present them at a later point.

8. Official travel orders are important because travelers on official Department of Defense business are permitted to stay for extended periods of time at the GIS. If a guest does not have official travel orders they may stay at GIS on a space available basis only. Employees or military members on official travel or business have priority over space available guests.

9. At the JBAB GIS space available guests are not permitted to make a reservation longer than one week to ensure we have sufficient space for travelers on official business and to accommodate the operational needs of the military. This is a policy specific the GIS I manage because we generally have a large number of travelers on official orders. However, many other GIS facilities in the area have the same or similar policies. If space is available after the initial one-week reservation, we can extend space available guests on a case-by-case basis.

10. The amount of space available varies. Frequently we do not have rooms available for any guests who are in a space available status.

11. My staff continued to request to see Ms. Letourneau's official travel orders, but she never produced them for inspection.

12. At some point during her stay, Ms. Letourneau also claimed she was traveling on her husband's official travel orders, but never produced a copy of those orders either.

13. The only reason Ms. Letourneau was permitted to stay longer than the one week was because she had represented to us that she had official travel orders.

14. I was not present during the August 23rd incident at the GIS laundry involving Ms. Letourneau. However, I was told about the incident afterwards by my staff.

15. On August 24th, 2012 I requested to speak with Ms. Letourneau about the incident on the 23rd as well as her travel orders. Ms. Letourneau stated she would leave the GIS

for the weekend but wanted to pay for her room through the 27th and leave her belongings in the room. I authorized her to stay through the 27th.

16. On August 27, 2012, I spoke to Ms. Letourneau in-person. She told me that she had an important meeting to attend at Fort Bragg, but she wanted to rent her room until September 10, 2012 and again leave her belongings in the room while she was gone. She said she would return on the 10th, retrieve her belongings and check out. I authorized her to stay until the 10th.

17. On September 10th or 11th Ms. Letourneau called me and said she was not going to be able to check out of her room on the 10th as we had agreed. I reiterated that she needed to leave and if she failed to do so, her credit card would continue to be charged. She then replied that she was going to sue me and send me a copy of the complaint by email.

18. Since this conversation on the 10th or 11th I have not personally heard from Ms. Letourneau.

19. I was involved with the removal of Ms. Letourneau's privileges at the GIS. At all times I was acting within the scope of my employment and in my official capacity as the GIS manager.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my information, knowledge and belief.

[signature] 04 October 2012

Jeanette Hudson-Gray Date

# Hudson-Gray: Attachment 1

6/29/2012

| NAME | CONFIRMATION # | ARRIVAL DATE | DEPARTURE DATE | ACCOUNT |
|---|---|---|---|---|
| LAVIGNE, CPL MICAH | 31480149853 | 6/29/2012 | 7/5/2012 | 31480149853 |
| SSN | ADULT / CHILD | ROOM TYPE | # OF NIGHT(S) | CLERK |
| | 1/0/0 | TPRSB | 6 | DDN |
| ADDRESS | PURPOSE | COMMAND U.I.C. | RATE | [illegible] |
| 1100 WYTAT ST | TR | NDWBOL | 40.00 | 3623/3302 |

CITY, STATE, ZIP
ALEXANDRIA, VA 22314 US

DUTY PHONE #
360-441-8004

ALTERNATE PHONE # (OPTIONAL)

METHOD OF PAYMENT

___ Credit Card ___ Cash ___ Direct Bill ___ Check

Indicate credit card type: Discover MasterCard Visa American Express

Privacy Act Statement: This information is requested to provide lodging accomodations and will become a permanent part of the Registration Log. The information may be used by management and other Department of the Navy officials in the performance of their duties and will be used to maintain accountability for properly issued to residents and guests. Providing this information is voluntary however, failure to provide required information, may result in loss of entitlement to lodging. Authority to request this information is derived from 5 USC 552a and Departmental Regulations.

House Rules: With the exception of guide dogs and military working dogs, no animals or pets are allowed in any BH facility in accordance with NAVMED P-5010-2. Smoking is authorized only in designated areas in accordance with SECNAVINST 5100.13B.

Financial Liability: I understand that I am liable for any charges incurred during my stay or any loss/damage caused by myself or my guest(s). I hereby authorize a charge to my credit card (on file) or pay checkage for financial liabilities incurred. Additionally, I understand that unauthorized removal or destruction of items is cause for prosecution under the Uniform Code of Military Justice or Federal Statute, as appropriate.

Checkout [illegible] Failure to check out at such time will result in an additional day's room charge being applied to your account.

By my signature, I acknowledge acceptance of all charges incurred during my stay to include, but not limited to, phone calls.

SIGNATURE/DATE

For Permanent Party Residents, please read and acknowledge the following:

I certify that I _____ am _____ am not receiving Basic Allowance for Housing (BAH).

Signature: ______________________________