**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIZABETH LETOURNEAU, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 12-01632 |
| | ) | |
| GATEWAY INN & SUITES and JEANNETTE HUDSON-GRAY, | ) | |
| | ) | |
| Defendants | ) | |

DECLARATION

DECLARANT states as follows, to wit:

THAT, I am PATRICIA A. LEONARD, presently serving as Director, Claims and Tort Litigation Division, Office of the Judge Advocate General, Department of the Navy, 1322 Patterson Avenue, SE, Suite 3000, Bldg 33, Code 15, Washington Navy Yard, D.C. 20374-5066.

THAT, in this position, I am responsible for the supervision and monitoring of the practices and procedures relative to all administrative claims presented to the Department of the Navy arising under the Federal Tort Claims Act (28 U.S.C. §§ 1346(b), 2401(b), and 2671-2680 (2012)), and the supervision and monitoring, on behalf of the Department of the Navy, of all litigation in Federal district courts generated by such claims.

THAT, I am the custodian of the Department of the Navy's Claims and Tort Litigation records.

THAT, acting in the aforementioned capacity, I have caused a search to be made of the records maintained within the Office of the Judge Advocate General of the Navy; and The Tort Claims Unit, Norfolk, Norfolk, Virginia; to determine whether the plaintiff, Elizabeth LeTourneau, filed an administrative claim against the Department of the Navy, in any capacity, prior to commencing this action as required by 28 U.S.C. § 2675(a) (2012).

THAT, all reasonable searches have failed to reveal that the plaintiff, Elizabeth LeTourneau, has filed such an administrative claim and, to the best of my knowledge and belief, the plaintiff, Elizabeth LeTourneau, has not filed an administrative claim with or against the Department of the Navy based on the subject matter of this action.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

3 OCT 2012
Date

P. A. LEONARD