**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIZABETH LETOURNEAU,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY INNS & SUITES AND UNITED STATES<br><br>Defendants. | ) | Civil Action No. 12-1632 (RBW) |

**[Proposed] ORDER**

UPON CONSIDERATION of Plaintiff's motions for interim injunctive relief and Defendant's motion to dismiss, the memoranda submitted in support of and in opposition to those motions, applicable legal authorities, and the entire record herein, it is

ORDERED, that Plaintiff's motions for interim injunctive relief should be, and hereby are, DENIED; and it is

FURTHER ORDERED, that Defendant's motion to dismiss should be, and hereby is, GRANTED; and it is

FURTHER ORDERED, that Plaintiff's complaint is hereby DISMISSED.

THIS IS A FINAL APPEALABLE ORDER.

IT IS SO ORDERED on this _____ day of __________ 2012.

____________________________________
Reggie B. Walton
UNITED STATES DISTRICT JUDGE