**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIZABETH LETOURNEAU,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY INNS & SUITES AND UNITED STATES<br><br>Defendants. | ) | Civil Action No. 12-1632 (RBW) |

NOTICE OF AMENDED CERTIFICATE OF SERVICE

Defendants, Navy Gateway Inns & Suites and United States, by and through undersigned counsel, notice the Court of service of Defendants' Motion to Dismiss and Memorandum of Points and Authorities in Opposition to Plaintiff's Motions for Injunctive Relief and in Support of Defendants' Motion to Dismiss (ECF No. 4) to the following address identified in Plaintiff's complaint in related case number 12-1644:

7829 Belle Point Drive
Greenbelt, MD 20770

This service is made out of an abundance of caution, and in addition to the methods of service specified in the Certificate of Service accompanying Defendants' Motion to Dismiss.

Dated: October 17, 2012.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: *__/s/ Sobia Haque________________*

SOBIA HAQUE, D.C. Bar # 483440
Special Assistant United States Attorney
555 Fourth Street, N.W.
Room E-4916
Washington, D.C. 20530
(202) 305-9927
Sobia.Haque2@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2012, I caused copies of the foregoing Notice of Amended Certificate of Service to be served by first class mail upon *pro se* Plaintiff at the following address:

Elizabeth LeTourneau
7829 Belle Point Drive
Greenbelt, MD 20770

*/s/Sobia Haque*
SOBIA HAQUE
Special Assistant United States Attorney