**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIZABETH LeTOURNEAU, Plaintiff, | ) | |
| v. | ) | Civil Action No. 12-1632 (RBW) |
| GATEWAY INNS & SUITES, *et al.*, Defendants. | ) | |

**ORDER**

The defendants have filed a motion to dismiss this case [Dkt. #4]. The plaintiff, who is proceeding *pro se*, is hereby advised of her following obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

The plaintiff is advised that the Court will rule on the defendants' motion taking into consideration the facts proffered in the complaint, along with the plaintiff's response or opposition to the motion. The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in

> writing by the person served], 3 days are added after the period would otherwise expire . . . .

Fed. R. Civ. P. 6(d). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendants' motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is

ORDERED that the plaintiff shall file her opposition or other response to the defendants' motion to dismiss no later than **November 16, 2012**.

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

DATE: November 5, 2012