**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
ELIZABETH LeTOURNEAU,     )
                                              )
          Plaintiff,               )
                                              )
   v.                                        )   Civil Action No. 12-1632 (RBW)
                                              )
GATEWAY INNS & SUITES, *et al.*,     )
                                              )
          Defendants.           )
_____)

## **MEMORANDUM OPINION**

The defendants filed a motion to dismiss this case [Dkt. #4] on October 5, 2012. Because a ruling on the motion to dismiss potentially could dispose of this case, in its November 5, 2012 Order, the Court advised the plaintiff, among other things, of her obligation to file an opposition or other response to the motion. Further, the Order expressly warned the plaintiff that, if she failed to file her opposition by November 16, 2012, the Court would treat the motion as conceded. To date, the plaintiff neither has filed an opposition nor requested additional time to do so. The Court will treat the defendant's motion as conceded and will dismiss this action.

     An Order accompanies this Memorandum Opinion.

                                                    REGGIE B. WALTON
                                                  United States District Judge

DATE: November 30, 2012