**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIZABETH LeTOURNEAU,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY INNS & SUITES, *et al.*,<br><br>Defendants. | ) | Civil Action No. 12-1632 (RBW) |

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the defendants' motion to dismiss [Dkt. #4] is granted as conceded; and it is

FURTHER ORDERED that the complaint and this civil action are dismissed.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

REGGIE B. WALTON
United States District Judge

DATE: November 30, 2012